Opinion issued February 10, 2026



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00295-CV

_____

**STACIE ANN SHAKIR, Appellant**

**V.**

**PROVIDENCE AT MEMORIAL APARTMENTS LLC, Appellee**

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1230917**

## MEMORANDUM OPINION

On August 12, 2025, the Court struck appellant's brief because it failed to comply with Texas Rule of Appellate Procedure 38.1 and outlined specific deficiencies for correction. *See* TEX. R. APP. P. 38.1. On September 29, 2025, appellant filed an amended brief. Although appellant corrected some deficiencies

noted in the court's August 12, 2025 order, the brief did not correct other deficiencies specified in our order. Thus, the Court struck the amended brief and issued another order on October 2, 2025, listing the deficiencies in the amended brief and ordered appellant to file a brief correcting the listed deficiencies by October 17, 2025. The Court stated in the October 2, 2025 order that if appellant failed to file a second amended brief correcting the listed deficiencies, the Court might dismiss the appeal without further notice.

On October 6, 2025, appellant filed a motion to accept the brief that had been stricken and a motion for summary judgment in favor of appellant. We deny the motions.

Because appellant has not complied with our order of October 2, 2025, the Court dismisses the appeal. *See* TEX. R. APP. P. 42.3, 43.2(f). Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Dokupil.